Opinion issued
December 3, 2009



 

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-07-01044-CR

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



FELIX MICHAEL KUBOSH, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 228th District Court

Harris County, Texas

Trial Court Cause No. 904736-A/Z

 

 



MEMORANDUM OPINION

 

          The
parties have filed a joint motion to dismiss this appeal.  No opinion has issued.  Accordingly, we reinstate this case, which
was previously abated, grant the parties’ motion, and dismiss the appeal.  Tex.
R. App. P. 42.1(a)(2).

          All
other pending motions in this appeal are overruled as moot.  The Clerk is directed to issue the mandate
within 10 days of the date of this opinion. 
Tex. R. App. P. 18.1.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Bland and Massengale.